# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dennis Davis,

    Petitioner,

vs.

Joseph Hall,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08cv615

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/31/2008 Order.

Signed: January 5, 2009

Frank G. Johns, Clerk
United States District Court