```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISION
                    3:08CV615-MU-02
```

| | | |
|---|---|---|
| **DENNIS DAVIS,** | ) | |
|     **Petitioner,** | ) | |
| | ) | |
|       v. | ) | <u>ORDER</u> |
| | ) | |
| **JOSEPH HALL, Supt. of the** | ) | |
|   Harnett Correctional Insti- | ) | |
|   tution, | ) | |
|     **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Petitioner's "Objections To The Recommendation Of The U.S. Magistrate Judge," filed January 21, 2009 (document # 7).

Petitioner filed a § 2254 Petition on October 23, 2006 in the United States District Court for the Eastern District of North Carolina. That matter was transferred to this Court's docket on December 31, 2008. Upon this Court's review of that pleading, Petitioner's case was dismissed as time-barred. By his so-called Objections, Petitioner essentially seeks reconsideration on the grounds that his Petition raised substantial constitutional violations, he was not able to secure any legal assistance in timely filing his Petition and had to rely upon extraneous matters in preparing that Petition, he works on a prison detail which requires State-wide travel, and he diligently sought to comply with

the rules.

Notwithstanding his apparent sincerity, the Court finds that Petitioner's assertions due not present any matter which causes the Court to disturb its earlier determination that his Petition was untimely filed. Therefore, this <u>de facto</u> motion for reconsideration is **DENIED**.

**SO ORDERED.**

Signed: October 9, 2009

Graham C. Mullen
United States District Judge